Received in the Alaska Trial Courts on 12/13/2023.

Rebecca A. Lindemann
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| NAUTILUS INSURANCE GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC. and ) | Case No. 4FA-23-02524CI |
| AMAZON.COM SALES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## FIRST AMENDED COMPLAINT

Plaintiff, Nautilus Insurance Group, states and alleges as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to AS 22.10.020, as the amount claimed exceeds $100,000.

2.     The Court has personal jurisdiction over Defendants as a result of Defendants conducting business in this state.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Received in the Alaska Trial Courts on 12/13/2023.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

3. Venue is proper in the Fourth Judicial District pursuant to Alaska Civil Rule 3(e).

## PARTIES

4. At all times relevant, Plaintiff, Nautilus Insurance Group ("Plaintiff"), was and is an Arizona corporation, duly licensed to conduct business in this state as an insurance company.

5. At all times relevant, Plaintiff's insured was and is Thai Cuisine Restaurant, LLC ("Thai Cuisine Restaurant") in North Pole, Alaska. Thai Cuisine Restaurant is a domestic limited liability company.

6. At all times relevant, Defendant Amazon.com, Inc. ("Defendant Amazon") was and is a Delaware corporation with its principal place of business in Washington.

7. At all times relevant, Defendant Amazon.com Sales, Inc. ("Defendant Amazon Sales") was and is a Delaware corporation with its principal place of business in Washington. Defendant Amazon Sales's registered agent in this state is Corporation Service Company, 8585 Old Dairy Road, Suite 208, Juneau, Alaska, 99801.

8. Third-party Dong Guan Shiqiqang, Inc. of the People's Republic of China apparently manufactured the electronic food fryer at issue in this case. Third-party Dong Guan Shiqiqang, Inc. appears to be beyond the reach of service of citation in this case.

First Amended Complaint
Nautilus Insurance Group v. Amazon.com, Inc., et al., Case No. 4FA-23-02524CI
Page 2 of 6

Received in the Alaska Trial Courts on 12/13/2023.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

## GENERAL ALLEGATIONS

9. Plaintiff's Complaint is a subrogation action seeking redress for property damage, business interruption, and other fire-related losses suffered by Plaintiff's insured: Thai Cuisine Restaurant.

10. The subject of the loss was a fire that took place on or about December 15, 2021, at 537 St. Nicholas Drive, North Pole, Alaska, 99705. Prior to the conflagration, Thai Cuisine Restaurant purchased a commercial fryer through Amazon.com in June 2021. The fryer held the brand name "Hopekings," and it was sold on the Amazon.com platform by "Cosway." On information and belief, "Cosway" is a trade name for third-party Dong Guan Shiqiqang, Inc.

11. Defendant Amazon and/or Defendant Amazon Sales delivered the cooking fryer to Thai Cuisine Restaurant on or about June 28, 2021. The fryer was described as: "Professional-style Deep Fryer with Dual Baskets, 3600W 2x6L Stainless Steel Electric Commercial Deep Fryers, for Turkey French Fries Home Kitchen Restaurant, Total Capacity 12.7QT/12L (12L)."

12. On or about December 15, 2021, a fire broke out at Thai Cuisine Restaurant's kitchen, causing immense damage to Thai Cuisine Restaurant. Moreover, the fire shut down Thai Cuisine Restaurant for over a year.

13. Subsequent investigation determined that the only possible origin for the fire was the fryer in question. Additional inspection and investigation by expert electrical

First Amended Complaint
Nautilus Insurance Group v. Amazon.com, Inc., et al., Case No. 4FA-23-02524CI
Page 3 of 6

Received in the Alaska Trial Courts on 12/13/2023.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

engineers revealed that the fryer was defective, which caused it to ignite the oil inside the fryer and start the fire.

14. As a result of that fire loss, Plaintiff paid insurance benefits to and on behalf of Plaintiff's Insured under the insurance policy between Plaintiff and Plaintiff's Insured. Plaintiff seeks repayment of those insurance benefits from Defendants. Plaintiff is contractually and equitably subrogated to the extent payments were made to or on behalf of Plaintiff's Insured for damages caused by the subject fire.

### FIRST CAUSE OF ACTION
### (Products Liability)

15. Plaintiff re-alleges each and every allegation made above, fully incorporating those allegations as though fully set forth herein.

16. Thai Cuisine Restaurant purchased the fryer in question in this state from Defendant(s).

17. The fryer was in a defective condition that was unreasonably dangerous to Thai Cuisine Restaurant, the consumer, at the time it was sold.

18. Defendants were engaged in the business of selling such a product.

19. The fryer was expected to and did reach Thai Cuisine Restaurant without substantial changes in the condition in which it was sold.

20. The unreasonably dangerous and defective condition of the fryer caused harm to Thai Cuisine Restaurant, and Plaintiff, when the fryer caught fire as a result of its

First Amended Complaint
Nautilus Insurance Group v. Amazon.com, Inc., et al., Case No. 4FA-23-02524CI
Page 4 of 6

Received in the Alaska Trial Courts on 12/13/2023.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

defective condition and partially destroyed Thai Cuisine Restaurant's kitchen, resulting in damages to Thai Cuisine Restaurant and to Plaintiff of approximately $448,359.06.

## SECOND CAUSE OF ACTION
### (Nuisance)

21. Plaintiff re-alleges each and every allegation made above, fully incorporating those allegations as though fully set forth herein.

22. Thai Cuisine Restaurant leased the real property located at 537 St. Nicholas Drive, North Pole, Alaska 99705.

23. Thai Cuisine Restaurant had the right to possess, enjoy, and/or use the property without interference by Defendants.

24. Defendants' acts and/or omissions caused the fire in question and/or contributed to the fire's spread, thereby causing substantial and unreasonable obstruction of, and interference with, the free use and enjoyment of Thai Cuisine Restaurant's personal and real property interests.

25. As the direct and proximate cause of Defendants' acts and omissions, the personal and real property of Thai Cuisine Restaurant was damaged and/or destroyed in the fire, resulting in damages to Plaintiff of approximately $448,359.06.

WHEREFORE, Plaintiff, Nautilus Insurance Group, prays for the following relief:

First Amended Complaint
Nautilus Insurance Group v. Amazon.com, Inc., et al., Case No. 4FA-23-02524CI
Page 5 of 6

Received in the Alaska Trial Courts on 12/13/2023.

1. For an award of money damages in favor of Plaintiff and against Defendants in the amount of approximately $448,359.06, the exact amount to be proven at trial;

2. For pre-judgment and post-judgment interest;

3. For attorneys' fees and costs incurred in bringing in maintaining this action, pursuant to Alaska Civil Rules 82 and 79; and

4. For such other relief as the Court deems just and proper.

DATED this ____ day of December 2023, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Plaintiff

By: _____
Rebecca A. Lindemann
Alaska Bar No. 1309051

I:\2202\2202.043\PLD\First Amended Complaint.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

First Amended Complaint
Nautilus Insurance Group v. Amazon.com, Inc., et al., Case No. 4FA-23-02524CI
Page 6 of 6

| AK Trial Courts<br>Court Name | **PROOF OF<br>SERVICE** | 4FA-23-02524CI<br>Case Number |
| --- | --- | --- |

I certify that I served the following document on the persons listed below:

**Other Filing (Civil):** First Amended Complaint

| Person Served | Service Address | Type | Service Date |
| --- | --- | --- | --- |
| Rebecca Lindemann | rlindemann@richmondquinn.com | e-Serve | 12-13-2023<br>08:51:05 AM |
| Richmond & Quinn | | | e752fbfe-9b15-45fe-9043-<br>cad3babfcea6 |
| Tammy Hipple | thipple@richmondquinn.com | e-Serve | 12-13-2023<br>08:51:05 AM |
| Richmond & Quinn | | | cb13b57a-cb8c-4e5d-a37d-<br>7c31d55fde1f |

TrueFiling created, submitted and signed this proof of service on my behalf through my agreements with TrueFiling.
The contents of this proof of service are true to the best of my information, knowledge, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

12-13-2023
Date

/s/Rebecca Lindemann
Signature

Lindemann, Rebecca (1309051)
Last Name, First Name (Attorney Number)

Richmond & Quinn
Firm Name

FILED IN THE ALASKA TRIAL COURTS ON 12/14/2023

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

NAUTILUS INSURANCE GROUP,                      )
                                               )
                                               )
                              Plaintiff(s),    )
vs.                                            )
                                               )
AMAZON.COM, INC. and                           )   CASE NO.  4FA-23-02524CI
AMAZON.COM SALES, INC.,                         )
                                               )        **SUMMONS**
                              Defendant(s).     )          **AND**
                                               )   **NOTICE TO BOTH PARTIES**
_____            )    **OF JUDICIAL ASSIGNMENT**

To Defendant: Amazon.com, Inc. c/o Registered Agent, Corporation Service Company
410 Terry Ave. North, Seattle, WA  98109
You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons.  Your answer must be filed with the court at 101 Lacey
Street, Fairbanks, AK  99701 within 20 days* after the day you receive this summons.  In
addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if
unrepresented) Rebecca A. Lindemann at Richmond & Quinn          , whose address is:
360 K Street, Suite 200, Anchorage, Alaska 99501                                              .

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in
this case, in writing, of your current mailing address and any future changes to your mailing
address and telephone number.  You may use court form *Notice of Change of Address /
Telephone Number* (TF-955), available at the clerk's office or on the court system's website at
https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the court.   – OR – If you
have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO:  Plaintiff and Defendant

This case has been assigned to Judge ____Welch_____.

____12/15/2023____                           CLERK OF COURT
          Date                         By _____
                                              Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer.  If
you have been served with this summons outside the United States, you also have 40 days to
file your answer.

CIV-100 FBKS (10/17)(cs)                              Civil Rules 4, 5, 12, 42(c) 55
SUMMONS